UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Comcast of Georgia/Massachusetts, Inc. ) | Case No.: 04cv10120 |
| ) | |
| Plaintiff ) | CORPORATION DISCLOSURE STATEMENT |
| ) | |
| vs. ) | 04  10120 GAO |
| ) | |
| Wayne Danubio ) | MAGISTRATE JUDGE Alexander |
| ) | |
| Defendant ) | |

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Georgia/Massachusetts, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Georgia/Massachusetts, Inc., is a Rhode Island Corporation and maintains offices at 6 Campanelli Drive Andover, MA;

2. Comcast of Georgia/Massachusetts, Inc. is wholly owned by Comcast MO of Delaware, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Georgia/Massachusetts, Inc.
By Its Counsel,

1/16/04
Date

John M. McLaughlin
MCLAUGHLIN SACKS
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Page    1