UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **Comcast of GA/Massachusetts Inc.** ) | Case No.: **04 10120 GAO** |
| ) | |
| Plaintiff, ) | STIPULATION OF DISMISSAL |
| ) | WITHOUT PREJUDICE |
| vs. ) | |
| ) | |
| **Wayne Danubio** ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of GA/Massachusetts Inc.
By It's Attorney,

5/25/04
Date

John M. McLaughlin, Its Member
**MCLAUGHLIN SACKS, LLC**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Respectfully Submitted for the Defendant,
Wayne Danubio
By His Attorney,

5-15-04
Date

A. Russell Lucid
224 Webster Street
Hanover, MA 02339
781-871-4455
BBO No. 306940

1

## CERTIFICATE OF SERVICE

I, A. Russell Lucid attorney for the Defendant, hereby certify that on this _15_ day of _May_, 2004, a copy of the foregoing Stipulation of Dismissal, was sent via first class mail, postage prepaid, to the following:

Attorney John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Rd.
Northampton, MA 01060

A. Russell Lucid